IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FRENCHMAN CAMBRIDGE IRRIGATION DISTRICT, et al.,**<br><br>    Plaintiffs,<br><br>    vs.<br><br>**DAVE HEINEMAN, et al.,**<br><br>    Defendants. | 8:12CV445<br><br>ORDER |

This matter is before the court on the parties initial Rule 26(f) report (Filing No. 48). The parties request their Rule 26(f) conference be reconvened following the court's ruling on pending motions to dismiss. The request is granted.

**IT IS ORDERED**:

Ten business days following the court's ruling on the pending motions to dismiss, Plaintiffs shall reconvene the Rule 26(f) planning conference. Promptly thereafter, the parties shall file their Rule 26(f) planning report.

Dated this 20th day of March, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge